Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. MILLBROOK, SUITE 104
FRESNO, CA 93720
—
559-440-1191
Fax: (559) 432-9092

Attorneys For Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. Valey Asociados, S.A. DE C.V., A Mexican Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>Flight Test Associates, Inc., A Delaware Corporation,<br><br>    Defendant. | Case No: 1:10-CV-00606-OWW-DLB<br><br>ORDER |

On July 12, 2010, defendant's motion to dismiss complaint based on forum selection clause, or, in the alternative, motion to dismiss pursuant to Rule 12(b)(6) or for a more definite statement, came on for hearing. Chad PhillipVan Cleave, appeared on behalf of plaintiff and Shane Reich appeared on behalf of defendant, the moving party. After argument the matter was submitted. For good cause shown and for the reasons stated in its memorandum, the Court orders as follows:

Plaintiff's complaint is remanded to the California Superior Court, County of Kern.

IT IS SO ORDERED.

Dated: _August 20, 2010_____                _/s/ OLIVER W. WANGER_____
                                              UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com